UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED 2011 APR 28 PM 2: 21
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

In re:  RUGGLES, CLIFFORD DALE
        RUGGLES, TINA RENEE

Case No. 09-35148

Judge Richard L. Speer

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Roundup Funding, MS 550, P.O. Box 91121, Seattle, WA 98111 | $ 0.85 |
| San Diego Credit Assoc., 2044 First Ave., Ste. 300, San Diego, CA 92101 | $ 0.91 |
| Midwest Community Health Assoc., 442 W. High St., Bryan, OH 43506 | $ 1.38 |
| Dell Financial Services, P.O. Box 10390, Greenville, SC 29603 | $ 3.05 |
| Recovery Management Systems, 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131 | $ 3.65 |
| Recovery Management Systems, Same address | $ 0.17 |
| Recovery Management Systems, Same address | $ 2.03 |
| PRA Receivables Management, P. O. Box 12914, Norfolk, VA 23541 | $ 2.37 |

Check for $14.41 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Ericka S. Parker, Trustee

Dated:   4/26/11

Cc:
Office of the U.S. Trustee